ACCEPTED
03-15-00560-CR
8392900
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 1:38:42 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00560-CR

| ROBERT PARADISE, | ) | COURT OF APPEALS, THIRD |
| Appellant | ) | |
| | ) | |
| VS. | ) | SUPREME JUDICIAL DISTRICT |
| | ) | |
| STATE OF TEXAS, | ) | |
| Appellee | ) | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 1:38:42 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant, by and through his attorney of record, and respectfully files this his First Motion for Extension of Time to File Brief and requests this extension of time to file his appellate brief in this cause herein, and for cause would show the Court the following:

I.

The Appellant, ROBERT PARADISE, was convicted in Cause No. B-12-0414-SB, in the 119TH District Court of Tom Green County, Texas, of the offense of arson as a result of a trial before the Court. Defendant's punishment was assessed at forty (40) years confinement in the Texas Department of Criminal Justice - Institutional Division.

II.

The Statement of Facts has been filed with the Court.

III.

The deadline for filing the Appellant's brief is January 11, 2016. The undersigned attorney would show the Court that he has insufficient time within which to file the brief by the deadline of January 11, 2016 because of his current caseload and trial schedule for the month of January 2016.

IV.

The undersigned counsel would respectfully request that the Court grant an extension of forty-five (45) days' time to file the appellate brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion for extension of time to file the appellate brief.

Respectfully submitted,

KIRK HAWKINS
P.O. BOX 3645
SAN ANGELO, TEXAS 76902
325/658-5585
STATE BAR NO. 09250400

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has this the 29 day of December, 2015, been delivered to Mr. Bryan Clayton, Assistant District Attorney, 124 West Beauregard, San Angelo, Texas 76903.

Kirk Hawkins